CHARLES L. DIMON, Respondent, *v.* G. HENRY WHITCOMB, Appellant.

*Dimon v. Whitcomb*, 136 App. Div. 939, appeal dismissed.
(Submitted April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a

motion for a new trial in an action to recover on an alleged contract for services.

The motion was made upon the ground that the affirmance of the Appellate Division was unanimous and permission to appeal had not been obtained.

*Charles H. Studin* for motion.

*Avery F. Cushman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.